E-FILED
Monday, 13 September, 2021  10:41:39 AM
Clerk, U.S. District Court, ILCD

FILED

SEP - 9 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|          ) | |
|     Plaintiff,   ) | |
|          ) | |
|     v.   ) | Criminal No. 21 -CR- 30056 |
|          ) | VIO: 18 U.S.C. § 912 |
|          ) | |
| IAN J. MARTIN,   ) | SEALED |
|          ) | |
|     Defendant.   ) | |
|          ) | |

## INDICTMENT

## (False Personation of an Officer of the United States)

The Grand Jury charges:

On or about August 21, 2021, in Sangamon County, Illinois in the Central District of Illinois, the defendant,

**IAN J. MARTIN**,

did falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency or officer thereof, to wit: a Deputy United States Marshal, and in such assumed and pretended character did act as such, in that he falsely stated that he was a trainee US Marshal engaged in

2

patrolling the Illinois State Fair and sought equipment for that

purpose.

  In violation of Title 18, United States Code, Section 912.

A TRUE BILL,

s/ Forepreson

FOREPERSON

s/ Gregory M. Gilmore

GREGORY M. GILMORE
ATTORNEY FOR THE UNITED STATES
Acting under Authority Conferred by 28 U.S.C. § 515
SES